Milmoe *v.* Murphy.

---

ALEXANDER MILMOE, appellant,

*v.*

WILLIAM MURPHY et al., respondents.

[Filed August 25th, 1903.] .

*Mr. Walter J. Knight* and *Mr. Thomas J. Butler,* for the appellant.

*Mr. William B. Gourley,* for the respondent.

PER CURIAM.

The decree appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Stevens, filed in the court below.     See *56 Atl. Rep. 292.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN—13.

*For reversal*—None.